3033602-LRB/AMF                                                                  #6206641/#6315346

IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MARQUIS DAWSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2019 cv 1289 |
| | ) |
| JEVON F. ARMOUR and | ) |
| WESTERN EXPRESS, INC. | ) |
| | ) |
| Defendants. | ) |

**EXHIBITS A THROUGH D TO DEFENDANT, WESTERN EXPRESS, INC.'S,
NOTICE OF REMOVAL**

IN THE CIRCUIT COURT
ELEVENTH JUDICIAL CIRCUIT
MCLEAN COUNTY, ILLINOIS

JUL 3 0 2019

| | |
|---|---|
| MARQUIS DAWSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2019L0000050 |
| vs. ) | |
| ) | A FEE WILL BE DUE AT THE TIME OF |
| JAVON F. ARMOUR, ) | FILING AN APPEARANCE OR ANSWER |
| ) | OR AS OTHERWISE DIRECTED BY THE COURT. |
| and ) | YOUR FILING FEE WILL BE: $ 207.00 |
| ) | |
| WESTERN EXPRESS, INC. ) | |
| ) | |
| Defendants. ) | |

**SUMMONS**

To each defendant:

You are summoned and required to file an answer to the complaint in this case, a copy of which is attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

E-filing is now mandatory for documents in civil cases with limited exemptions. To file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help of have trouble e-filing, visit http://wwwillinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

To the officer:



This summons must be returned by the officer or other person to whom it was given for service, with indorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

Witness  7/15/2019

(Seal of Court)

/s/ Breanna Lojo
Clerk of the Court

Thomas G. Kemper #6228155
Attorney for Plaintiff
2421 Corporate Centre, Suite 101
Granite City, IL 62040
P:  618-931-1681
F:  618-931-5845
Email: tom.kemper@butlerkemperlaw.com

Date of Service: _____, 2019 (to be inserted by officer on copy left with defendant or other person).

IN THE CIRCUIT COURT
ELEVENTH JUDICIAL CIRCUIT
MCLEAN COUNTY, ILLINOIS

FILED
4/29/2019 1:07 PM
DONALD R. EVERHART, JR.
CLERK OF THE CIRCUIT COURT
MCLEAN COUNTY, ILLINOIS

MARQUIS DAWSON, )
)
    Plaintiff, )
)
vs. ) Case No. **2019L0000050**
)
JEVON F. ARMOUR, )
) **PLAINTIFF DEMANDS TRIAL BY JURY**
Serve:  663 Old Pinson Road )
           Jackson, TN 38301 )
) FIRST CASE MANAGEMENT CONFERENCE
and ) BEFORE JUDGE FOLEY
WESTERN EXPRESS, INC. ) SET ON 08/30/19 @ 9:00 AM
)
Serve:  7135 Centennial Place )
           Nashville, TN 37209 )
)
)
    Defendants. )

## COMPLAINT
## PERSONAL INJURY – VEHICULAR
## COUNT I

COMES NOW Plaintiff, Marquis Dawson, by and through his attorney, Thomas G. Kemper, and for his claim and cause of action against Defendant, Jevon F. Armour, states and alleges as follows:

1. That at all relevant times the Plaintiff, Marquis Dawson, was a resident of the State of Missouri.

2. That on or about May 2, 2017, Plaintiff, Marquis Dawson, was lawfully operating his vehicle southbound on U.S. Highway 55 in the County of McLean, State of Illinois.

1

3.   That at said time and place, the Defendant, Jevon F. Armour, was operating a vehicle owned by Western Express, Inc. southbound on U.S. Highway 55 in the County of McLean, State of Illinois.

4.   That at said time and place, the vehicle being operated by the Defendant Jevon F. Armour struck the rear of the vehicle being operated by the Plaintiff, causing said vehicle to impact Plaintiff's vehicle causing Plaintiff's vehicle to collide numerous times with other vehicles traveling in the southbound lane of U.S. Highway 55 in the County of McLean, State of Illinois.

5.   That the Defendant, Jevon F. Amour, was careless and negligent in the following respects, to wit:

   a) Defendant carelessly and negligently failed to stop, slacken speed, swerve or otherwise avoid said collision;

   b) Defendant carelessly and negligently operated his vehicle too fast for the conditions then and there existing;

   c) Defendant carelessly and negligently operated his vehicle at an unsafe speed;

   d) Defendant carelessly and negligently failed to keep a proper lookout ahead and laterally; and

   e) Defendant was otherwise careless and negligent.

6.   As a direct and proximate result of the carelessness and negligence of the Defendant, the Plaintiff, Marquis Dawson, suffered injuries, including but not limited to, injury and trauma to his head and face, fracturing his facial and nasal bones, and fracturing his right thumb as well as injuring his neck and back, all of which are permanent and progressive in nature.

7. As a direct and proximate result of the carelessness and negligence of the Defendant, the Plaintiff, Marquis Dawson, was caused to incur medical expenses in the approximate amount of $10,000.00 and will incur additional medical expenses in the future.

8. As a direct and proximate result of the carelessness and negligence of the Defendant, the Plaintiff, Marquis Dawson, will require future medical treatment including but not limited to additional surgical procedures.

9. That as a direct and proximate result of the carelessness and negligence of Defendant Jevon F. Armour, Plaintiff has lost income from his regular employment in the approximate amount of $9,000.00 and has lost the ability to enjoy lift.

WHEREFORE, Plaintiff, Marquis Dawson, prays for judgment against Defendant, Jevon F. Armour, in an amount that is fair and reasonable, and in an amount in excess of Fifty Thousand Dollars ($50,000.00), and for his costs herein incurred.

## COUNT II

COMES NOW Plaintiff, Marquis Dawson, by and through his attorney, Thomas G. Kemper, and for his claim and cause of action against Defendant, Western Express, Inc., states and alleges as follows:

10. Plaintiff realleges paragraphs 1 through 9 of Count I as if fully set out herein.

11. That at all relevant times, Defendant Jevon F. Armour was acting as the

agent, servant and employee of Defendant Western Express, Inc., in the course of Defendant's regular business of operating a trucking company.

WHEREFORE, Plaintiff, Marquis Dawson, prays for judgment against Defendant, Western Express, Inc., in an amount that is fair and reasonable, and in an amount in excess of Fifty Thousand Dollars ($50,000.00), his costs incurred and for any other further relief this Court deems just and proper under the circumstances

**PLAINTIFF DEMANDS TRIAL BY JURY**

BUTLER & KEMPER

/s/ Thomas G. Kemper
Thomas G. Kemper #6228155
*Attorney for Plaintiff*
2421 Corporate Centre Dr., Ste. 101
Granite City, IL 62040
Phone:      618-931-1681
Fax:         618-931-5845
Tom.Kemper@butlerkemperlaw.com



**Tre Hargett**
Secretary of State

# Division of Business Services
## Department of State
### State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

## Filing Information

Name:  **WESTERN EXPRESS, INC.**

### General Information

| | | | |
|---|---|---|---|
| SOS Control # | 000232804 | Formation Locale: | TENNESSEE |
| Filing Type: | For-profit Corporation - Domestic 09/20/1990 4:17 PM | Date Formed: | 09/20/1990 |
| | | Fiscal Year Close | 12 |
| Status: | Active | | |
| Duration Term: | Perpetual | | |

**Registered Agent Address**
ROLAND M LOWELL
7135 CENTENNIAL PL
NASHVILLE, TN  37209-1033

**Principal Address**
7135 CENTENNIAL PL
NASHVILLE, TN  37209-1033

The following document(s) was/were filed in this office on the date(s) indicated below:

| Date Filed | Filing Description | Image # |
|---|---|---|
| 07/19/2019 | Articles of Amendment | B0736-0298 |
| Shares of Stock Changed  From: 20,000  To: 1,498 | | |
| 03/11/2019 | 2018 Annual Report | B0669-0968 |
| 03/27/2018 | 2017 Annual Report | B0522-7103 |
| 01/24/2017 | 2016 Annual Report | B0335-6264 |
| 04/01/2016 | 2015 Annual Report | B0228-8695 |
| 07/14/2015 | 2014 Annual Report | B0128-1494 |
| 06/02/2015 | Notice of Determination | B0107-0550 |
| 02/23/2015 | Merger - Survivor | *B0056-3063 |
| Qualified Survivor Control # Changed   To: 000232804 | | |
| Qualified Survivor Changed   To: WESTERN EXPRESS, INC. (TENNESSEE) | | |
| Qualified Non-survivor Control # Changed   To: 000589674 | | |
| Qualified Non-survivor Changed   To: WESTERN LOGISTICS, INC. (TENNESSEE) | | |
| 03/26/2014 | 2013 Annual Report | A0227-0966 |
| 03/28/2013 | 2012 Annual Report | A0168-2578 |
| 12/27/2012 | Articles of Amendment | 7126-2178 |
| Shares of Stock Changed  From: 2,000  To: 20,000 | | |
| 06/15/2012 | 2011 Annual Report | |

8/15/2019 12:02:13 PM

EXHIBIT B

# Filing Information

**Name:** **WESTERN EXPRESS, INC.**

| Date | Filing | Reference |
|---|---|---|
| | Principal Postal Code Changed  From: 37209  To: 37209-1033 | |
| 06/02/2012 | Notice of Determination | A0122-0199 |
| 05/06/2011 | 2010 Annual Report | 6888-1470 |
| | Registered Agent First Name Changed  From: ISHAM  To: ROLAND | |
| | Registered Agent Middle Name Changed  From: B  To: M | |
| | Registered Agent Last Name Changed  From: BRADLEY  To: LOWELL | |
| 04/19/2010 | 2009 Annual Report | A0019-0819 |
| 02/25/2009 | 2008 Annual Report | 6456-1120 |
| 03/31/2008 | 2007 Annual Report | 6271-2391 |
| 03/30/2007 | 2006 Annual Report | 6011-0154 |
| 05/31/2006 | 2005 Annual Report | 5799-1091 |
| 10/06/2005 | Articles of Amendment | 5577-1598 |
| | Registered Agent Physical Address Changed | |
| | Registered Agent Changed | |
| 06/28/2005 | 2004 Annual Report | 5490-1407 |
| 06/14/2005 | Notice of Determination | ROLL 5484 |
| 09/07/2004 | 2003 Annual Report | 5227-1306 |
| 06/25/2004 | Notice of Determination | ROLL 5171 |
| 05/06/2003 | 2002 Annual Report | 4808-0244 |
| | Mail Address Changed | |
| 11/08/2002 | Application for Reinstatement | 4648-0873 |
| 10/18/2002 | 2001 Annual Report | 4629-0664 |
| | Principal Address Changed | |
| 09/20/2002 | Dissolution/Revocation - Administrative | ROLL 4607 |
| 06/21/2002 | Notice of Determination | ROLL 4538 |
| 05/30/2001 | Merger | 4209-0814 |
| | Merged Control # Changed  From: 000232804 | |
| | Merged Control # Changed  From: 000395521 | |
| 03/14/2001 | 2000 Annual Report | 4146-2601 |
| 02/07/2000 | 1999 Annual Report | 3821-0664 |
| | Mail Address Changed | |
| 01/07/1999 | CMS Annual Report Update | 3608-0841 |
| | Principal Address Changed | |
| 01/28/1998 | CMS Annual Report Update | 3443-3180 |
| | Principal Address Changed | |
| 06/20/1995 | Notice of Determination | ROLL 3021 |

# Filing Information

Name: **WESTERN EXPRESS, INC.**

| | | |
|---|---|---|
| 05/27/1993 | CMS Annual Report Update | 2697-1449 |
| Principal Address Changed | | |
| 08/26/1992 | Administrative Amendment | 2534-0119 |
| 08/21/1992 | Application for Reinstatement | 2531-0842 |
| 08/21/1992 | CMS Annual Report Update | 2531-0841 |
| Fiscal Year Close Changed | | |
| 06/19/1992 | Dissolution/Revocation - Administrative | ROLL 2487 |
| 03/20/1992 | Notice of Determination | ROLL 2408 |
| 09/20/1990 | Initial Filing | 1940-0005 |

| Active Assumed Names (if any) | Date | Expires |
|---|---|---|

# ILLINOIS TRAFFIC CRASH REPORT

Sheet 1 of 3 Sheets

X000787435 / TC002

| DRAC | PEDV | TRFD | TRFC | WEAT | DRVA | VIS | VEHD | LGHT | COLL | MANV | PPA | PPL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 / 1 | 1 | 12 | 4 | 1 | 16 / 1 | 1 / 1 | 1 / 1 | 1 | 11 | 15 / 11 | | |
| U1 / U2 | | | | | U1 / U2 | U1 / U2 | U1 / U2 | | | U1 / U2 | | |

INVESTIGATING AGENCY: **ISP**
DAMAGE TO ANY ONE PERSON'S VEHICLE / PROPERTY: ☒ OVER $1,500
TYPE OF REPORT: ☒ ON SCENE; ☒ B Injury and/or Tow Due To Crash
AGENCY CRASH REPORT NO: YR **2017** **06-17-00277** / 3

ADDRESS NO: 
HIGHWAY or STREET NAME: **I-55 SOUTHBOUND**
☒ Township **BLOOMINGTON TWP**
INTERSECTION RELATED: N
PRIVATE PROPERTY: N
DATE OF CRASH: **5/2/2017**
TIME: **03:29 PM**
LARS CODE: 7 U1

☒ 215 F MI S
AT INTERSECTION WITH MILEPOST 160
COUNTY: **MCLEAN**
HIT & RUN: N
DOORING WITH PEDAL CYCLIST: N
NUMBER MOTOR VEHICLES INVLD: **6**
LARS CODE: 7 U2

---

**UNIT 1 — DRIVER**

NAME: ☒ DRIVER — **ARMOUR, JEVON F**
STREET ADDRESS: **663 OLD PINSON ROAD**
CITY: **JACKSON**  STATE: **TN**  ZIP: **38301**
TELEPHONE: **(731) 616-1335**
DRIVER LICENSE NO: [redacted]  STATE: **TN**  CLASS: **A**
TAKEN TO: **BROMENN HOSPITAL, NORMAL**
EMS AGENCY: **BLOOMINGTON FIRE DEPART**

DATE OF BIRTH: [redacted]
MAKE: **FREIGHTLINE**  MODEL: **TRACTOR**  YEAR: **2016**
SEX: **M**  SAFT: **2**  AIR: **3**
PLATE NO: **E8068HY**  STATE: **TN**  YEAR: **2018**
INJURY: **B**  EJECT: **1**  VIN: **3AKJGLD52GSHA6625**
VEHICLE OWNER: **WESTERN, EXPRESS INC**
OWNER ADDRESS: **7135 CENTENNIAL PLACE, NASHVILLE, TN 37209**
INSURANCE CO: **NATIONAL CASUALTY COMPANY**
TELEPHONE: **(615) 720-6166**  POLICY NO: **CTO1403755**

CIRCLE NUMBER(S) FOR DAMAGED AREA(S): 12 - OTHER
POINT OF FIRST CONTACT: **2** REAR
TOWED: Y; FIRE: N; CELLPHONE: N; EXCEED SPEED LIMIT: N; COM VEH: Y

---

**UNIT 2 — DRIVER**

NAME: ☒ DRIVER — **DAWSON, MARQUIS L**
STREET ADDRESS: **1976 SHARDELL DR**
CITY: **SAINT LOUIS**  STATE: **MO**  ZIP: **63138**
TELEPHONE: **(314) 477-6006**
DRIVER LICENSE NO: [redacted]  STATE: **MO**  CLASS: **A**
TAKEN TO: **BROMENN HOSPITAL, NORMAL**
EMS AGENCY: **BLOOMINGTON FIRE DEPART**

DATE OF BIRTH: [redacted]
MAKE: **FREIGHTLINE**  MODEL: **TRACTOR**  YEAR: **2016**
SEX: **M**  SAFT: **2**  AIR: **3**
PLATE NO: **10AS7J**  STATE: **MO**  YEAR: **2018**
INJURY: **B**  EJECT: **1**  VIN: **1FUJGHD95GLHH8320**
VEHICLE OWNER: **JB, HUNT TRANSPORTATION INC**
OWNER ADDRESS: **PO BOX 130, LOWELL, AR 72745**
INSURANCE CO: **ZURICH AMERICAN INSURANCE COMPA**
TELEPHONE: **(479) 419-3000**  POLICY NO: **CAO944140402**

CIRCLE NUMBER(S) FOR DAMAGED AREA(S): 12 - OTHER
POINT OF FIRST CONTACT: **52** REAR
TOWED: Y; FIRE: N; CELLPHONE: N; EXCEED SPEED LIMIT: N; COM VEH: Y

---

### PASSENGERS & WITNESSES ONLY

| UNIT | SEAT | DOB | SEX | SAFT | AIR | INJ | EJCT | NAME / ADDR / TEL | HOSP | EMS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 5 | 9/3/1990 | M | 1 | 3 | A | 4 | TANT, RICHARD A / 3945 ARTHUR LN, OOLTEWAH, TN 37363 / (423)708-9268 | OSF ST. FRANCIS, PEORIA | LIFE FLIGHT, ST. FRANCIS, PEORIA |
| 4 | 3 | 8/13/1969 | M | 2 | 4 | 0 | 1 | HUGHES, MATTHEW GARRISON / 3306 FLAT GAP MOUNTAIN RD, VALDESE, NC 28690 / (630)235-58 | | |
| W | - | 6/11/1990 | M | - | - | - | - | ANDREWS, JUSTIN KYLE / 9 SCHLESINGER RD, TUSCUMBIA, MO 65082 / (573)286-8668 | | |

---

DAMAGED PROPERTY OWNER NAME: 
DAMAGED PROPERTY: 
PROPERTY OWNER ADDRESS / CITY / STATE / ZIP:

CONTRIBUTORY CAUSE(S):
- PRIMARY: **28**
- SECONDARY: **99**

POSTED SPEED LIMIT: **70**

DID CRASH OCCUR IN A WORK ZONE? ☒ N

**UNIT 1** — EVNT 11, MOST 1; ARREST NAME: **ARMOUR, JEVON F**; SECTION: **5011601A**; CITATION NO: **0090206**
**UNIT 2** — EVNT 11, 11; ARREST NAME: ; DATE POLICE NOTIFIED: **5/2/2017**; TIME NOTIFIED: **03:29 PM**

OFFICER ID: **5954**  OFFICER NAME: **R DRENNAN**  BEAT/DIST: **06**  SUPERVISOR ID: **J DITTMER, 5256**
COURT DATE: **6/14/2017**  COURT TIME: **09:00 AM**

**EXHIBIT C**

A Diagram and Narrative are required on all Type B crashes, even if units have been moved prior to the officer's arrival.

**I-55 Southbound**
215 feet south of milepost 160

diagram not to scale
measurements not exact

### COMMERCIAL MOTOR VEHICLE (CMV)

IF MORE THAN ONE CMV IS INVOLVED, USE SR 1050A ADDITIONAL UNITS FORMS.

A CMV is defined as any motor vehicle used to transport passengers or property and:
1. Has a weight rating of more than 10,000 pounds (example: truck or truck/trailer combination); or
2. Is used or designed to transport more than 15 passengers, including the driver (example: shuttle or charter bus); or
3. Is designed to carry 15 or fewer passengers and operated by a contract carrier transporting employees in the course of their employment (example: employee transporter - usually a van-type vehicle or passenger car); or
4. Is used or designated to transport between 9 and 15 passengers, including the driver, for direct compensation (example: large van used for specific purpose); or
5. Is any vehicle used to transport any hazardous material (HAZMAT) that requires placarding (example: placards will be displayed on the vehicle).

CARRIER NAME   **JB HUNT TRANSPORTATION INC**

ADDRESS   **PO BOX 130**

CITY/STATE/ZIP   **LOWELL / AR / 72745**

USDOT NO.   **80806**         ILCC NO _____

Source of above info: ☒ Side of Truck ☐ Papers ☐ Driver ☐ Log Book

Gross Vehicle Weight Rating (GVWR)   **36000**

Were HAZMAT placards displayed on the vehicle? ☐ Y ☒ N
If yes, name on placard _____
4-digit UN no _____   1-digit Hazard Class no _____

Did HAZMAT spill from the vehicle (do not consider fuel from the vehicle's own tank)?  ☐ Y ☒ N ☐ UNK

Did HAZMAT Regulations violation contribute to the crash?  ☐ Y ☒ N ☐ UNK

Did Motor Carrier Safety Regulations (MCS) violation contribute to the crash?  ☐ Y ☒ N ☐ UNK

Was a Driver/Vehicle Examination Report form completed?
HAZMAT  ☒ Y ☐ N ☐ UNK  Out of Service? ☐ Y ☒ N
MCS     ☒ Y ☐ N ☐ UNK  Out of Service? ☐ Y ☒ N

Form No.   **3694760921**

IDOT PERMIT NO. _____     WIDE LOAD? ☐ Y ☒ N
TRAILER WIDTH(S):   0-96"   97-102"   >102"
TRAILER 1          ☐       ☒        ☐
TRAILER 2          ☐       ☐        ☐

TRAILER LENGTH(S): 1 **53** ft   TRAILER 2 ____ ft
TOTAL VEHICLE LENGTH **80** ft   NO. OF AXLES **5**

SELECT CODES FROM BACK COVER OF CRASH BOOKLET
VEHICLE CONFIGURATION  **6**
CARGO BODY TYPE  **2**       LOAD TYPE  **5**

---

**NARRATIVE (Refer to vehicle by Unit No.)**

Unit 1 was traveling southbound in the right lane on I-55 s/b @ 215 feet south of milepost 160. Unit 2 was slightly ahead of Unit 1 (also southbound in the right lane on I-55 s/b) and stopped in traffic due to a subsequent crash which occurred south of the location (reference ISP Crash Report A06-17-276). Unit 3 was stopped in traffic in the right southbound lane on I-55 southbound just ahead of Unit 2. Unit 4 was stopped in traffic in the center lane southbound on I-55 s/b, just next to Unit 3. Unit 5 was stopped in traffic in the center lane southbound on I-55 s/b, just ahead of Unit 4. Unit 6 was stopped in traffic in the center lane southbound on I-55 s/b, just ahead of Unit 5. The front passenger side fender of Unit 1 struck the rear driver side bumper area of Unit 2 semitrailer. The initial crash between Unit 1 and Unit 2, caused Unit 2 to jolt forward where the front fender of Unit 2 struck the rear bumper area of Unit 3 semitrailer. Additionally, subsequent to the first contact between Unit 1 and Unit 2, the driver of Unit 1 negotiated Unit 1 into the center and left lanes of I-55 southbound as the flatbed semitrailer of Unit 1 proceeded to sideswipe the driver side area of Unit 2. Flat panel aluminum sheets, which were previously secured on the flatbed semitrailer of Unit 1, became detached (as a result from the crash) and were dispersed onto the roadway where various sheets struck Units 2, 3, 4, 5, and 6 with force. Unit 1 came to rest facing southbound in both the center and right lanes. According to the witness, (who was driving southbound on I-55 behind Unit 1 before the crash occurred) Unit 1 was traveling approximately 65 MPH and the driver of Unit 1 apparently "didn't see" Unit 2. The witness stated he saw Unit 1 crash into Unit 2, which he also said (referring to Unit 2) was stopped in the right lane prior to the crash. The witness did not mention any vehicles "cutting off" Unit 1 prior to the crash. The driver of Unit 1 stated, just prior to the crash, a black unknown vehicle swerved into the right lane between him and Unit 2.

---

**LOCAL USE ONLY**

| U 1 Color **WHITE** | U 2 Color **GREEN** | |
|---|---|---|
| U 1 Towed by / to **Joe's Towing, Bloomington / Joe's Towing,** | | U 2 Towed by / to **Joe's Towing, Bloomington / Joe's Towing,** |

# ILLINOIS TRAFFIC CRASH REPORT

Sheet 2 of 3 Sheets

TC002     X000787435

| DRAC | PEDV | TRFD | TRFC | WEAT | DRVA | VIS | VEHD | LGHT | COLL | MANV | PPA | PPL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 / U 3 | / U 4 | 12 | 4 | 1 / U 3 | 1 / U 4 | 1 / U 3 / 1 / U 4 | 1 / U 3 / 1 / U 4 | 1 | 11 | 11 / U 3 / 11 / U 4 | | |

| INVESTIGATING AGENCY: ISP | DAMAGE TO ANY ONE PERSON'S VEHICLE / PROPERTY: ☐ $500 OR LESS  ☐ $501-$1,500  ☒ OVER $1,500 | TYPE OF REPORT: ☒ ON SCENE  ☐ NOT ON SCENE (DESK REPORT)  ☐ AMENDED | ☐ A No Injury / Drive Away  ☒ B Injury and / or Tow Due To Crash | AGENCY CRASH REPORT NO: YR 2017  06-17-00277 | TRW 3 |

| ADDRESS NO | HIGHWAY or STREET NAME: I-55 SOUTHBOUND | ☐ City  ☒ Township  BLOOMINGTON TWP | INTERSECTION RELATED ☐Y ☒N | DATE OF CRASH 5/2/2017 | TIME 03:29 ☐AM ☒PM | LARS CODE | VEH 7 U 3 |
| | ☒ 215  Ⓕ / MI  N E Ⓢ W  (CIRCLE)  MILEPOST 160  AT INTERSECTION WITH  (NAME OF INTERSECTION OR ROAD FEATURE) | COUNTY: MCLEAN | PRIVATE PROPERTY ☐Y ☒N   HIT & RUN ☐Y ☒N | DOORING WITH PEDALCYCLIST? ☐Y ☒N | NUMBER MOTOR VEHICLES INVLD: 6 | LARS CODE | 3 U 4 |

| NAME ☒DRIVER ☐PARKED ☐DRIVERLESS ☐PED ☐PEDAL ☐EQUES ☐NMV ☐NCV  CARPENTER, STEPHEN LAWRENCE (LAST, FIRST, MI) | DATE OF BIRTH  mo / day / yr | MAKE: MACK TRUC | MODEL: TRACTOR | YEAR: 2017 | CIRCLE NUMBER(S) FOR DAMAGED AREA(S)  FRONT  00 - NONE  10 - UNDER CARRIAGE  11 - TOTAL (ALL AREAS)  ⑫ - OTHER  99 - UNKNOWN | TOWED ☒Y ☐N  FIRE ☐Y ☒N  CELLPHONE ☐Y ☒N  EXCEED SPEED LIMIT ☐Y ☒N  COM VEH * ☐Y ☒N | 7 |
| STREET ADDRESS: 5284 BEL AIRE LN | SEX M | SAFT 2 | AIR 3 | PLATE NO: 2XZ131 | STATE: OK | YEAR: 2018 | | 1 |
| CITY: LOWELL | STATE: IN | ZIP: 46356 | INJURY 0 | EJECT 1 | VIN: 1M1AW01X2HM009902 | POINT OF FIRST CONTACT: 52  REAR | | 1 |
| TELEPHONE: (219) 226-8599 | DRIVER LICENSE NO | STATE: IN | CLASS: A | VEHICLE OWNER (LAST, FIRST M I): ABF, FREIGHT SYSTEM INC | INSURANCE CO: ABF SELF INSURED | 20 |
| TAKEN TO | EMS AGENCY | OWNER ADDRESS: 1117 E GRAND BLVD, OKLAHOMA CITY, OK 73129 | TELEPHONE: (309) 661-6448 | POLICY NO: MC29910082866 | U 3 |

| NAME ☒DRIVER ☐PARKED ☐DRIVERLESS ☐PED ☐PEDAL ☐EQUES ☐NMV ☐NCV  RHODES, OWEN FREDERICK | DATE OF BIRTH | MAKE: FORD | MODEL: TRANSIT CO | YEAR: 2015 | CIRCLE NUMBER(S) FOR DAMAGED AREA(S)  FRONT  00 - NONE  10 - UNDER CARRIAGE  11 - TOTAL (ALL AREAS)  12 - OTHER  99 - UNKNOWN | TOWED ☒Y ☐N  FIRE ☐Y ☒N  CELLPHONE ☐Y ☒N  EXCEED SPEED LIMIT ☐Y ☒N  COM VEH * ☐Y ☒N | 98 U 4 |
| STREET ADDRESS: 86 DRYMAN VALLEY RD | SEX M | SAFT 2 | AIR 4 | PLATE NO: CMB4123 | STATE: NC | YEAR: 2018 | | 1 |
| CITY: ASHEVILLE | STATE: NC | ZIP: 28804 | INJURY 0 | EJECT 1 | VIN: 1FTNE2CM2FKA02590 | POINT OF FIRST CONTACT: 4  REAR | | 96 U 3 |
| TELEPHONE: (630) 235-5801 | DRIVER LICENSE NO | STATE: NC | CLASS: D | VEHICLE OWNER: PARAMETER, GENERATION & CONTROL INC | INSURANCE CO: FIREMEN'S INSURANCE COMPANY OF W | 96 U 4 |
| TAKEN TO | EMS AGENCY | OWNER ADDRESS: 1054 OLD US HWY 70 W, BLACK MOUNTAIN, NC 28711 | TELEPHONE: (630) 235-5801 | POLICY NO: 1006932 | OCCS 1 U 3 |

| (UNIT) | (SEAT) | (DOB) | (SEX) | (SAFT) | (AIR) | (INJ) | (EJCT) | PASSENGERS & WITNESSES ONLY (NAME) / (ADDR) / (TEL) | (HOSP) | (EMS) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

2 U 4

DIR 5 U 3

5 U 4

| UNIT 3 | (UNIT) | ☒ | 11 | 1 | DAMAGED PROPERTY OWNER NAME | DAMAGED PROPERTY | CONTRIBUTORY CAUSE(S) PRIMARY: 28  SECONDARY: 99 | POSTED SPEED LIMIT: 70 | DID CRASH OCCUR IN A WORK ZONE? ☐Y ☒N |
| | 2 | ☐ | | | PROPERTY OWNER ADDRESS  CITY  STATE  ZIP | | | | IF YES CHECK ONE BELOW:  ☐ CONSTRUCTION  ☐ MAINTENANCE |
| | 3 | ☐ | | | ARREST NAME  SECTION  CITATION NO | | | | ☐ UTILITY  ☐ UNKNOWN WORK ZONE TYPE |
| UNIT 4 | 1 | ☒ | 17 | 1 | ARREST NAME  SECTION  CITATION NO | | DATE POLICE NOTIFIED: 5/2/2017 | TIME NOTIFIED: 03:29 ☐AM ☒PM | |
| | 2 | ☐ | | | | | | | |
| | 3 | ☐ | | | OFFICER ID: 5954 | OFFICER NAME: R DRENNAN | BEAT/DIST: 06 | SUPERVISOR ID: J DITTMER, 5256 | COURT DATE: 6/14/2017 | COURT TIME: 09:00 ☒AM ☐PM | WORKERS PRESENT? ☐Y ☒N |

A Diagram and Narrative are required on all Type B crashes, even if units have been moved prior to the officer's arrival.

## COMMERCIAL MOTOR VEHICLE (CMV)

IF MORE THAN ONE CMV IS INVOLVED, USE SR 1050A ADDITIONAL UNITS FORMS.

A CMV is defined as any motor vehicle used to transport passengers or property and:
1. Has a weight rating of more than 10,000 pounds (example: truck or truck/trailer combination); or
2. Is used or designed to transport more than 15 passengers, including the driver (example: shuttle or charter bus); or
3. Is designed to carry 15 or fewer passengers and operated by a contract carrier transporting employees in the course of their employment (example: employee transporter - usually a van-type vehicle or passenger car); or
4. Is used or designated to transport between 9 and 15 passengers, including the driver, for direct compensation (example: large van used for specific purpose); or
5. Is any vehicle used to transport any hazardous material (HAZMAT) that requires placarding (example: placards will be displayed on the vehicle).

CARRIER NAME: **WESTERN EXPRESS INC**
ADDRESS: **7135 CENTENNIAL PLACE**
CITY/STATE/ZIP: 
USDOT NO. **2243447**    ILCC NO. 
Source of above info: ☒ Side of Truck  ☐ Papers  ☐ Driver  ☐ Log Book
Gross Vehicle Weight Rating (GVWR) **80000**
Were HAZMAT placards displayed on the vehicle?  ☐ Y  ☒ N
If yes, name on placard: 
4-digit UN no:          1-digit Hazard Class no:

### NARRATIVE (Refer to vehicle by Unit No.)

According to the driver of Unit 1, this caused him to attempt to steer Unit 1 to the left to avoid striking said unknown vehicle. The driver of Unit 1 acknowledged Unit 2 was slowed down or stopped in traffic prior to the crash. When asked what happened to the unknown black vehicle, the driver of Unit 1 stated he was unsure if it had exited at market street (exit just north of where the crash occurred) prior to the crash. The driver of Unit 1 stated he was not using his cell phone or any electronic devices prior to the crash. According to the driver of Unit 2, he was stopped in traffic in the right lane on I-55 southbound, with his hazard flashers activated. The driver of Unit 2 stated he looked into his driver side mirror and saw Unit 1 approaching at a high rate of speed. According to the driver of Unit 2, he saw the front passenger side fender of Unit 1 strike his semitrailer. The driver of Unit 2 stated the impact from the initial crash with Unit 1 caused Unit 2 to lurch forward and strike the rear area of Unit 3. The driver of Unit 3 stated he was stopped in traffic when he felt the impact from Unit 2. According to the driver of Unit 3, he did not witness the crash occurring. According to the drivers of Units 4, 5, and 6, they were stopped in traffic in the center lane when they heard screeching and saw debris (flat aluminum panels) from Unit 1 dislodged from Unit 1 in the roadway. I observed the entire front cab of Unit 1 was totaled from the crash. The roof of Unit 1 appeared to be peeled back from the crash. I observed a tarp and flat aluminum panels from Unit 1 flatbed semitrailer laying all over the roadway. I observed significant front fender damage to Unit 2 and also damage to the rear bumper area of Unit 3. Additionally, I observed significant rear end damage (to Unit 2 semitrailer) and the driver side area of Unit 2 semitrailer appeared to have been peeled open from the crash. I observed flat aluminum panels from Unit 1 had struck/pierced through several areas of Units 2, 3, 4, 5, and 6. Units 3, 4, 5, and 6 also

Did HAZMAT spill from the vehicle (do not consider fuel from the vehicle's own tank)?  ☐ Y  ☒ N  ☐ UNK
Did HAZMAT Regulations violation contribute to the crash?  ☐ Y  ☒ N  ☐ UNK
Did Motor Carrier Safety Regulations (MCS) violation contribute to the crash?  ☐ Y  ☒ N  ☐ UNK
Was a Driver/Vehicle Examination Report form completed?
HAZMAT  ☒ Y  ☐ N  ☐ UNK   Out of Service?  ☐ Y  ☒ N
MCS      ☒ Y  ☐ N  ☐ UNK   Out of Service?  ☐ Y  ☒ N
Form No. **3694760920**

IDOT PERMIT NO.          WIDE LOAD?  ☐ Y  ☒ N
TRAILER WIDTH(S):   0-96"   97-102"   >102"
TRAILER 1            ☐       ☒        ☐
TRAILER 2            ☐       ☐        ☐
TRAILER LENGTH(S): 1  **53** ft    TRAILER 2 ____ ft
TOTAL VEHICLE LENGTH  **80** ft    NO OF AXLES  **5**

SELECT CODES FROM BACK COVER OF CRASH BOOKLET:
VEHICLE CONFIGURATION  **6**
CARGO BODY TYPE  **4**     LOAD TYPE  **3**

### LOCAL USE ONLY

| U 3 Color **GREEN, DARK** | U 4 Color **WHITE** |
|---|---|
| U 3 Towed by / to **Joe's Towing, Bloomington / Joe's Towing,** | U 4 Towed by / to **Joe's Towing, Bloomington / Joe's Towing,** |

# ILLINOIS TRAFFIC CRASH REPORT

Sheet 3 of 3 Sheets

TC002    X000787435

| DRAC | PEDV | TRFD | TRFC | WEAT | DRVA | VIS | VEHD | LGHT | COLL | MANV | PPA | PPL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 U 5 | 1 U 6 | 12 | 4 | 1 | 1 U 5 | 1 U 5 | 1 U 5 | 1 | 11 | 11 | 11 | |
| | | | | | | 1 U 5 | 1 U 6 | | | | | |

| INVESTIGATING AGENCY: ISP | DAMAGE TO ANY ONE PERSON'S VEHICLE / PROPERTY | $500 OR LESS / $501-$1,500 / OVER $1,500 [X] | TYPE OF REPORT: [X] ON SCENE / [ ] NOT ON SCENE (DESK REPORT) / [ ] AMENDED | [ ] A No Injury / Drive Away  [X] B Injury and/or Tow Due To Crash | AGENCY CRASH REPORT NO  YR 2017  06-17-00277 | CREW 3 |

| ADDRESS NO | HIGHWAY or STREET NAME: I-55 SOUTHBOUND | [ ] City  [X] Township  BLOOMINGTON TWP | INTERSECTION RELATED [ ]Y [X]N  PRIVATE PROPERTY [ ]Y [X]N | DATE OF CRASH 5/2/2017 | TIME 03:29 [ ]AM [X]PM | LARS CODE 1 U 5 | VEH 1 |
| [X] 215 (F)/MI  N E (S) W  [ ] AT INTERSECTION WITH | MILEPOST 160 (NAME OF INTERSECTION OR ROAD FEATURE) | COUNTY: MCLEAN | DOORING WITH PEDALCYCLIST? [ ]Y [X]N  HIT & RUN [ ]Y [X]N | NUMBER MOTOR VEHICLES INVLD 6 | LARS CODE 1 U 6 |

### Unit 1
| NAME [X]DRIVER [ ]PARKED [ ]DRIVERLESS [ ]PED [ ]PEDAL [ ]EQUES [ ]NMV [ ]NCV  HEWETT, WILLIAM C | DATE OF BIRTH | MAKE: FORD | MODEL: EXPLORER | YEAR: 2014 | CIRCLE NUMBER(S) FOR DAMAGED AREA(S): 00-NONE, (10)-UNDER CARRIAGE, 11-TOTAL (ALL AREAS), 12-OTHER, 99-UNKNOWN | FRONT | TOWED [X]  FIRE [ ]  CELLPHONE [ ]  EXCEED [ ]  COM VEH * [ ] | NO LANES 7 |
| STREET ADDRESS: 4044 WOODLAND AVE | SEX M  SAFT 2  AIR 4 | PLATE NO V594665 | STATE IL | YEAR 2018 | | | | ALGN 1 |
| CITY: WESTERN SPRINGS  STATE IL  ZIP 60558 | INJURY 0  EJECT 1 | VIN: 1FM5K8D85EGC28164 | POINT OF FIRST CONTACT: 10  REAR | | RSNR 1 |
| TELEPHONE (860) 236-1543 | DRIVER LICENSE NO | STATE IL  CLASS D | VEHICLE OWNER: GELCO, CORPORATION LSR | INSURANCE CO: MARSH USA | VEH 2 U 5 |
| TAKEN TO | EMS AGENCY | OWNER ADDRESS: 7979 183RD ST STE D, TINLEY PARK, IL 60477 | TELEPHONE (952) 828-1000 | POLICY NO CALH09053992 |

### Unit 2
| NAME [X]DRIVER [ ]PARKED [ ]DRIVERLESS [ ]PED [ ]PEDAL [ ]EQUES [ ]NMV [ ]NCV  WINNICK, GREGORY P | DATE OF BIRTH | MAKE: CHEVROLET | MODEL: MALIBU | YEAR: 2017 | CIRCLE NUMBER(S) FOR DAMAGED AREA(S): 00-NONE, (10)-UNDER CARRIAGE, 11-TOTAL (ALL AREAS), 12-OTHER, 99-UNKNOWN | FRONT | TOWED [X]  FIRE [ ]  CELLPHONE [ ]  EXCEED [ ]  COM VEH * [ ] | 2 U 6 |
| STREET ADDRESS: 3317 BLUEBERRY LN | SEX M  SAFT 2  AIR 4 | PLATE NO L136806 | STATE IL | YEAR 2018 | | | | RDFT 1 |
| CITY: SPRINGFIELD  STATE IL  ZIP 62707 | INJURY 0  EJECT 1 | VIN: 1G1ZB5ST3HF120687 | POINT OF FIRST CONTACT: 10  REAR | | BAC 96 U 5 |
| TELEPHONE (217) 652-9510 | DRIVER LICENSE NO | STATE IL  CLASS D | VEHICLE OWNER: GIACOMINI, NICKOLAS W | INSURANCE CO: FRANKENMUTH MUTUAL INSURANCE C | 96 U 6 |
| TAKEN TO | EMS AGENCY | OWNER ADDRESS: 1940 WIGGINS AVE, LELAND GROVE, IL 62704 | TELEPHONE (217) 652-9510 | POLICY NO BA6143836 |

| (UNIT) | (SEAT) | (DOB) | (SEX) | (SAFT) | (AIR) | (INJ) | (EJCT) | PASSENGERS & WITNESSES ONLY (NAME)/(ADDR)/(TEL) | (HOSP) | (EMS) | OCCS 1 U 5 |
| | | | | | | | | | | | 1 U 6 |
| | | | | | | | | | | | DRP 5 U 5 |
| | | | | | | | | | | | 5 U 6 |

| EVNT1 | MOST | EVNT2 | LOC | DAMAGED PROPERTY OWNER NAME | DAMAGED PROPERTY | CONTRIBUTORY CAUSE(S) | POSTED SPEED LIMIT | DID CRASH OCCUR IN A WORK ZONE? [ ]Y [X]N |
| UNIT 1 [X] | 17 | 1 | | PROPERTY OWNER ADDRESS | CITY | STATE | ZIP | PRIMARY 28 | 70 | IF YES CHECK ONE BELOW |
| 2 [ ] | | | | ARREST NAME | SECTION | CITATION NO | SECONDARY 99 | | [ ] CONSTRUCTION / [ ] MAINTENANCE |
| 3 [ ] | | | | | | | | | |
| UNIT 6: 1 [X] | 17 | 1 | | ARREST NAME | SECTION | CITATION NO | DATE POLICE NOTIFIED 5/2/2017 | TIME NOTIFIED 03:29 [ ]AM [X]PM | [ ] UTILITY  [ ] UNKNOWN WORK ZONE TYPE |
| 2 [ ] | | | | OFFICER ID 5954 | OFFICER NAME R DRENNAN | BEAT/DIST 06 | SUPERVISOR ID J DITTMER, 5256 | COURT DATE 6/14/2017 | COURT TIME 09:00 [X]AM [ ]PM | WORKERS PRESENT? [ ]Y [X]N |
| 3 [ ] | | | | | | | | | |

A Diagram and Narrative are required on all Type B crashes, **even if** units have been moved prior to the officer's arrival.

## COMMERCIAL MOTOR VEHICLE (CMV)

IF MORE THAN ONE CMV IS INVOLVED, USE SR 1050A ADDITIONAL UNITS FORMS

A CMV is defined as any motor vehicle used to transport passengers or property and:
1. Has a weight rating of more than 10,000 pounds (example: truck or truck/trailer combination); or
2. Is used or designed to transport more than 15 passengers, including the driver (example: shuttle or charter bus); or
3. Is designed to carry 15 or fewer passengers and operated by a contract carrier transporting employees in the course of their employment (example: employee transporter - usually a van-type vehicle or passenger car); or
4. Is used or designated to transport between 9 and 15 passengers, including the driver, for direct compensation (example: large van used for specific purpose); or
5. Is any vehicle used to transport any hazardous material (HAZMAT) that requires placarding (example: placards will be displayed on the vehicle).

CARRIER NAME _____

ADDRESS _____

CITY/STATE/ZIP _____

USDOT NO. _____ ILCC NO _____

Source of above info: ☐ Side of Truck ☐ Papers ☐ Driver ☐ Log Book

Gross Vehicle Weight Rating (GVWR) _____

Were HAZMAT placards displayed on the vehicle? ☐ Y ☐ N

If yes, name on placard _____

4-digit UN no _____  1-digit Hazard Class no _____

Did HAZMAT spill from the vehicle (do not consider fuel from the vehicle's own tank)? ☐ Y ☐ N ☐ UNK

Did HAZMAT Regulations violation contribute to the crash? ☐ Y ☐ N ☐ UNK

Did Motor Carrier Safety Regulations (MCS) violation contribute to the crash? ☐ Y ☐ N ☐ UNK

Was a Driver/Vehicle Examination Report form completed?

HAZMAT ☐ Y ☐ N ☐ UNK  Out of Service? ☐ Y ☐ N

MCS ☐ Y ☐ N ☐ UNK  Out of Service? ☐ Y ☐ N

Form No _____

IDOT PERMIT NO. _____  WIDE LOAD? ☐ Y ☐ N

TRAILER WIDTH(S):   0-96"    97-102"    >102"
TRAILER 1           ☐        ☐          ☐
TRAILER 2           ☐        ☐          ☐

TRAILER LENGTH(S): 1 _____ ft    TRAILER 2 _____ ft
TOTAL VEHICLE LENGTH _____ ft   NO. OF AXLES _____

SELECT CODES FROM BACK COVER OF CRASH BOOKLET

VEHICLE CONFIGURATION _____

CARGO BODY TYPE _____  LOAD TYPE _____

---

**NARRATIVE (Refer to vehicle by Unit No.)**

appeared to have defective tires as a result from being struck from the aluminum panels. For a more detailed account of the crash with exact measurements, reference Tpr. B. Scott's ISP Traffic Crash Reconstruction Report A06-17-00277R. Unit 1 was pulling a brown (wooden) 2006 Wilson flatbed semitrailer (TN Semitrailer Registration U201765, VIN: 4WWBGB6B37N611791, Unit 1). Unit 2 was pulling a white 2006 Wabash semitrailer (OK Semitrailer Registration 6797EQ, VIN: 1JJV532W86L965603, Unit: 87789). Unit 3 was pulling a white 2016 Stoughton semitrailer (OK Semitrailer Registration 5657KL, VIN: 1DW1A2819GS645507, Unit 002) and a white 1985 Fruehauf semitrailer (OK Semitrailer Registration 7989EY, VIN: 1H2E00611FD000314). At the time of the crash, the sky was clear and sunny.

**LOCAL USE ONLY**

| U 5 Color **BLACK** | U 6 Color **BLACK** |
| U 5 Towed by / to **Joe's Towing, Bloomington / Joe's Towing,** | U 6 Towed by / to **Joe's Towing, Bloomington / Joe's Towing,** |

Out-Of-County 7/24/19
Rec. Date

SP 0920

IN THE CIRCUIT COURT
ELEVENTH JUDICIAL CIRCUIT
MCLEAN COUNTY, ILLINOIS

Return of Service 16

FILED
8/5/2019 1:05 PM
DONALD R. EVERHART, JR.
CLERK OF THE CIRCUIT COURT
MCLEAN COUNTY, ILLINOIS

MARQUIS DAWSON, )
 )
Plaintiff, )
 )
vs. )
 )
JAVON F. ARMOUR, )
 )
and )
 )
WESTERN EXPRESS, INC. )
 )
Defendants. )

IL -

Case No. 2019L0000050

A FEE WILL BE DUE AT THE TIME OF FILING AN APPEARANCE OR ANSWER OR AS OTHERWISE DIRECTED BY THE COURT. YOUR FILING FEE WILL BE: $ 207.00

**SUMMONS**

To each defendant:

You are summoned and required to file an answer to the complaint in this case, a copy of which is attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

E-filing is now mandatory for documents in civil cases with limited exemptions. To file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help of have trouble e-filing, visit http://wwwillinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

To the officer:



This summons must be returned by the officer or other person to whom it was given for service, with indorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

Witness  7/15/2019

(Seal of Court)



/s/ Breanna Lojo
Clerk of the Court

Thomas G. Kemper #6228155
Attorney for Plaintiff
2421 Corporate Centre, Suite 101
Granite City, IL  62040
P:    618-931-1681
F:    618-931-5845
Email: tom.kemper@butlerkemperlaw.com

Date of Service:   30 July    , 2019 (to be inserted by officer on copy left with defendant or other person).   served Ronald Lowell Attorney for Western Express

Thomas Pillow

Thomas Pillow

Deputy Thomas Pillow
Davidson County Sheriff's Office
P.O. Box 196383 Nashville, TN. 37219-6383