3033602-LRB/AMF                                                                                              #6315346

**IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| MARQUIS DAWSON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 1:19-cv-01289-MMM-JEH |
| JEVON F. ARMOUR and WESTERN EXPRESS, INC. | ) ) ) ) |
| Defendants. | ) |

**AGREED STIPULATION FOR DISMISSAL WITH PREJUDICE**

NOW COMES the plaintiff, Marquis Dawson, by counsel, Thomas Kemper of Butler Kemper Law, and the Defendants, Jevon F. Armour and Western Express, Inc., by counsel Lew R. C. Bricker and Anne M. Fishbeck of SmithAmundsen LLC, and hereby agree to the dismissal of this matter with prejudice with each party to bear their own attorney's fees and costs.

Respectfully Submitted,                                             Respectfully Submitted,

SmithAmundsen LLC                                                   Butler Kemper Law


s/Anne M. Fishbeck                                                  s/Thomas G. Kemper (with consent)
Lew R. C. Bricker, #6206641                                         Thomas G. Kemper, #6228155
Anne M. Fishbeck, #6315346                                          Attorney for Plaintiff,
Attorneys for Defendant,                                            Marquis Dawson
Western Express, Inc.                                               2421 Corporate Centre
150 North Michigan Avenue                                           Suite 101
Suite 3300                                                          Granite City, Illinois 62040
Chicago, Illinois 60601                                             Tom.Kemper@butlerkemperlaw.com
lbricker@salawus.com                                                618-931-1681
afishbeck@salawus.com
312-894-3200

3033602-LRB/AMF #6206641

## IN THE UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| MARQUIS DAWSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:19-cv-01289-MMM-JEH |
| | ) |
| JEVON F. ARMOUR and | ) |
| WESTERN EXPRESS, INC. | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

The undersigned certifies that on the **6th day of January, 2020**, she served a copy of **Agreed Stipulation for Dismissal With Prejudice** by filing this document with the Clerk of the Court using the CM/ECF electronic filing system, which will send notification of such filing to all attorneys of record, and that if any attorney/*pro se* litigant is a non-participant of the CM/ECF system, a copy of the same will be mailed on or before 5:00 p.m. on the 6th day of January, 2020.

[x] Pursuant to 28 USC Section 1746(2), I certify under penalty of perjury that the foregoing is true and correct.
Executed on: January6, 2020
s/ Anne M. Fishbeck

Lew R.C. Bricker
Anne M. Fishbeck
Attorneys for Defendant,
Western Express, Inc.
SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601