#6228155

## IN THE UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| MARQUIS DAWSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:19-cv-01289-MMM-JEH |
| | ) |
| JEVON F. ARMOUR and | ) |
| WESTERN EXPRESS, INC. | ) |
| | ) |
| Defendants. | ) |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

NOW COMES the plaintiff, Marquis Dawson, by and through counsel, Thomas Kemper of Butler Kemper Law, and pursuant to Federal Rule of Civil Procedure 41(a)(2) hereby requests that the Court enter an Order dismissing Defendants, Jevon F. Armour and Western Express, Inc. with prejudice with each party to bear their own attorney's fees and costs as there is a settlement between the parties for this matter.

Respectfully Submitted,

Butler Kemper Law

s/Thomas G. Kemper
Thomas G. Kemper, #6228155
Attorney for Plaintiff,
Marquis Dawson
2421 Corporate Centre
Suite 101
Granite City, Illinois 62040
Tom.Kemper@butlerkemperlaw.com
618-931-1681

#6228155

## IN THE UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| MARQUIS DAWSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:19-cv-01289-MMM-JEH |
| | ) |
| JEVON F. ARMOUR and | ) |
| WESTERN EXPRESS, INC. | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

The undersigned certifies that on the 31st day of **January, 2020**, he served a copy of **Stipulation for Dismissal With Prejudice** by filing this document with the Clerk of the Court using the CM/ECF electronic filing system, which will send notification of such filing to all attorneys of record, and that if any attorney/*pro se* litigant is a non-participant of the CM/ECF system, a copy of the same will be mailed on or before 5:00 p.m. on the 31 day of January, 2020.

[x]  Pursuant to 28 USC Section 1746(2), I certify under penalty of perjury that the foregoing is true and correct.
Executed on: January 31, 2020
s/ Thomas G. Kemper

Thomas G. Kemper
Attorney for Plaintiff,
Marquis Dawson
2421 Corporate Centre
Suite 101
Granite City, Illinois 62040

2